UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 24-11969-RGS

CHRISTOPHER MACKEY

v.

COMMONWEALTH OF MASSACHUSETTS; UNITED STATES OF AMERICA; STATE OF TEXAS (CITY OF HOUSTON); T-MOBILE; HARVARD UNIVERSITY; SALEM STATE UNIVERSITY; ESA P PORTFOLIO OPERATING LESSEE LLC; and DEPARTMENT OF JUSTICE (FEDERAL BUREAU OF INVESTIGATION)

ORDER

November 15, 2024

STEARNS, D.J.

Christopher Mackey ("Mackey") initiated this action by filing a *pro se* complaint and application to proceed without prepayment of fees with the United States District Court for the Southern District of Texas. In his complaint, Mackey indicates that he has no permanent address in Houston, Texas, *see* ECF No. 1-1 at 3, and provides a mailing address in Ipswich, Massachusetts. *Id.* at 4.

By Order, dated July 30, 2024, the case was ordered transferred to this district. ECF No. 4, Transfer Order, No 24-mc-0005 (S.D. Tex. Jul. 30, 2024).

The filing fee for commencing a non-habeas civil action in this court consists of a $350 statutory fee, *see* 28 U.S.C. § 1914(a), and a $55 administrative fee, *see* District Court Miscellaneous Fee Schedule ¶ 14,

https://www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule (last visited Nov. 15, 2025).

Here, Mackey seeks leave to proceed *in forma pauperis* and has filed an application to proceed in district court without prepaying fees or costs. ECF No. 1. Mackey reports that he is unemployed and without any income and has limited amount of money. However, he also represents that he has monthly housing, telephone, and internet expenses. He also discloses student loan and credit card debt. Based on his statement of assets and income, it is unclear how Mackey is able to afford rent or any other necessities of life (including food, transportation, and medical expenses).

If Mackey wishes to pursue this action, he must, within fourteen (14) days, pay the $405 filing fee or file a renewed motion for leave to proceed *in forma pauperis*. Said motion must indicate how Mackey is able to pay or otherwise access the necessities of life. To the extent that Mackey receives monetary or in-kind gifts from other persons, he should disclose this income in the renewed motion. The Clerk shall provide Mackey an application to proceed in district court without prepaying fees or costs. Mackey shall supplement this application, as is necessary, to provide a complete statement of his income, assets, and any other relevant information showing how he is able to access the necessities of life. Failure to pay the filing fee or file a renewed motion for leave to proceed in forma pauperis within fourteen (14)

days may result in dismissal of this action without prejudice for failure to pay the filing fee.

        SO ORDERED.

        <u>/s/ Richard G. Stearns</u>
        UNITED STATES DISTRICT JUDGE